OKLAHOMA NAT. BANK v. CHICAGO, R. I. & P. RY. CO.

No. 3983.    Opinion Filed February 23, 1915.

(146 Pac. 716.)

**LIMITATION OF ACTION—Operation of Statute—Foreign Corporation.**
The statute of limitation (Rev. Laws 1910, sec. 4657, subdv. 3) does not run in favor of a foreign corporation which has failed to comply with section 43, art. 9, sec. 260, Williams' Ann. Constitution.

(Syllabus by the Court.)

*Error from Superior Court, Pottawatomie County;*

*Geo. C. Abernathy, Judge.*

Action by the Oklahoma National Bank, a corporation, against the Chicago, Rock Island & Pacific Railway Company, a corporation. Judgment for defendant, and plaintiff brings error. Reversed and remanded.

*B. B. Blakeney* and *J. H. Maxey, Jr.,* for plaintiff in error.

*C. O. Blake,* for defendant.

TURNER, J. This is a suit in damages for the conversion of 37 bales of cotton of an alleged value of $1,902.50. Plaintiff alleges itself to be the owner thereof as the owner and holder of bills of lading to shipper's order, and that the cotton was converted by defendant in transit on its line of road from Sayre to Shawnee, Okla. The point raised by demurrer is conceded to be whether the statute of limitation (Rev. Laws 1910, sec. 4657, subd. 3) runs in lavor of a foreign corporation which has failed to comply with section 43, art. 9, sec. 260, Williams' Ann. Constitution. This court has held that it does not in *Hale v. St. Louis & S. F. Ry. Co.,* 39 Okla. 192, 134 Pac. 949, and in *St. Louis etc., R. Co. v. Bloom,* 39 Okla. 78, 134 Pac. 432.

As defendant seems to so concede by failure to file brief, the judgment of the trial court in sustaining a demurrer to the petition is reversed, and the case remanded.

All the Justices concur.